# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143388(48)

WILLIAM H. SCHMITT and DELORES
SCHMITT,
      Plaintiffs-Appellants,

v

                                    SC: 143388
                                    COA: 297562

JAGUAR/LAND ROVER OF MACOMB, L.L.C.,
d/b/a JAGUAR/LAND ROVER OF LAKESIDE,
      Defendant-Appellee.
                                    Macomb CC: 2009-002073-NI

_____/

      On order of the Court, the motion for reconsideration of this Court's October 24, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

                                    Clerk

d0416